E-FILED  2021 DEC 06 4:02 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | |
|---|---|
| ROBERT L. HILL, JR., and ELIZABETH C. HILL, | LAW NO. _____ |
| Plaintiffs, | |
| vs. | PETITION AT LAW AND DEMAND FOR JURY TRIAL |
| BLACKJACK EXPRESS LLC and JAMES R. MABE, | |
| Defendants. | |

COME NOW Plaintiffs and, for their respective causes of action, state as follows:

### COUNT I

1. On March 18, 2020, at approximately 6:40 a.m., Plaintiff Robert Hill, Jr., was the driver of a red 2020 International semi-truck and trailer who was in the left turn lane to go west on Vets Memorial Drive in Council Bluffs, Pottawattamie County, Iowa. At all times material hereto, the truck/trailer Plaintiff was operating had slowed and come to a stop at the intersection of Highway 92 and Vets Memorial Drive.

2. At all times material hereto, Plaintiff had his left turn signal on.

3. At the same approximate time and place, Defendant James R. Mabe was operating a 2014 Peterbilt tractor trailer in the middle/right turn lane.

4. When the traffic light turned green, Defendant quickly accelerated his truck/trailer and attempted an improper left turn. As the Defendant accelerated through the left turn he first caused his trailer to collide with Plaintiff's truck and then continued to accelerate and caused his trailer to collide with and drag along Plaintiff's truck causing serious personal injuries to Plaintiff.

1



5. At all times material hereto, Defendant James R. Mabe was an employee of Blackjack Express LLC.

6. At all times material hereto, Defendant James R. Mabe was acting within the course and scope of his employment and agency with Blackjack Express LLC.

7. At all times material hereto, Defendant James R. Mabe was operating the 2014 Peterbilt semi-tractor and trailer with the consent and permission of the owner, Blackjack Express LLC.

8. At all times material hereto, Blackjack Express LLC was the owner of the 2014 Peterbilt semi-tractor and trailer which James R. Mabe was operating at the time of the collision referred to hereto.

9. At all times material hereto, Defendant James R. Mabe was a nonresident of the state of Iowa and has committed a tort in whole or in part in the state of Iowa.

10. At all times material hereto, Defendant Blackjack Express LLC was an out-of-state company conducting business in the state of Iowa.

11. At all times material hereto, Blackjack Express LLC has committed a tort in whole or in part in the state of Iowa.

12. At all times material hereto, James R. Mabe operated said semi-tractor trailer in a negligent manner, which negligence was a direct and proximate cause of Plaintiff Robert L. Hill, Jr.'s, injuries and damages as set forth herein. Defendant James R. Mabe was negligent in one or more of the following particulars:

    a. In failing to maintain control of said vehicle in violation of Iowa Code Sections 321.288.

    b. In failing to maintain a proper lookout in violation of the Iowa common law.

  c. In operating said vehicle at an excessive rate of speed under the circumstances in violation of Iowa Code Section 321.285.

  d. In failing to bring said vehicle to a stop within the assured clear distance ahead in violation of Iowa Code Section 321.285.

  e. In making an improper turn at an intersection in violation of Iowa Code Section 321.311.

  f. In failing to have exercised ordinary care under the circumstances.

13. At all times material hereto, Plaintiff Robert L. Hill, Jr., was within the zone of risk as a result of Defendant James R. Mabe's acts and inactions.

14. The injuries and damages sustained by Plaintiff were within the scope of liability with respect to the negligent acts and omissions of Defendant James R. Mabe.

15. As a direct and proximate result of the negligence of James R. Mabe, Plaintiff Robert L. Hill, Jr., had sustained significant personal injuries and damages including injuries to his cervical spine, lumbar spine, and head. As a direct result of the collision, Robert L. Hill, Jr., has sustained a herniated disc at L5/S1 with impingement on the S1 nerve root. As a direct and proximate result of the negligence of James R. Mabe, Robert L. Hill, Jr., has required lumbar surgery including radiofrequency ablations. As a direct and proximate result of the negligence of Defendant James R. Mabe, Plaintiff suffers from significant back pain. As a direct result of Defendant's negligence, Plaintiff has required significant medical and nursing care and treatment including radiological testing, medications, surgery, and physical therapy. As a direct and proximate result of Defendant's negligence, Plaintiff has lost time from his usual activities, has lost time from work, has lost income, and has sustained a permanent impairment to his earning capacity. Plaintiff's injuries are permanent in nature.

16. The amount in controversy exceeds the jurisdictional limits of this court and is in excess of $10,000.00.

E-FILED  2021 DEC 06 4:02 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

WHEREFORE, Plaintiff Robert L. Hill, Jr., prays for judgment against Defendants Blackjack Express LLC and James R. Mabe, jointly and severally, in a reasonable amount to be determined by the jury and for interest at the maximum lawful rate from the date of the commencement of this action and for the costs of this action.

## COUNT II

1. Plaintiff Elizabeth C. Hill hereby realleges and incorporates herein by reference paragraphs number 1 through 16 of this Petition.

2. At all times material hereto, Plaintiff Elizabeth C. Hill was the spouse of Robert L. Hill, Jr.

3. As a direct result of Defendants' negligence as set forth herein, Plaintiff Elizabeth C. Hill has lost the aid, services, support, companionship, and consortium of her husband, Robert L. Hill, Jr., which losses will continue into the future.

4. The amount in controversy exceeds the jurisdictional limits of this court and is in excess of $10,000.00.

WHEREFORE, Plaintiff Elizabeth C. Hill prays for judgment against Defendants Blackjack Express LLC and James R. Mabe, jointly and severally, in a reasonable amount to be determined by the jury and for interest at the maximum lawful rate from the date of the commencement of this action and for the costs of this action.

## DEMAND FOR JURY TRIAL

COME NOW the above-named Plaintiffs and hereby request a trial by jury of all the facts and issues in the above-entitled matter.

*/s/ Thomas L. Spellman/*

THOMAS L. SPELLMAN        AT0007461

                          */s/ Christine Creighton*

          CHRISTINE M. CREIGHTON   AT0001691
          SPELLMAN LAW FIRM LLP
          1024 Second Street, P.O. Box 550
          Perry, Iowa 50220
          Telephone: 515-465-5326
          Fax: 515-465-3193
          E-mail: thomad@spellmanlawfirm.com
                     christine@spellmanlawfirm.com

          ATTORNEYS FOR PLAINTIFF

Original filed.

E-FILED  2021 DEC 06 4:02 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT



# THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | |
|---|---|
| ROBERT L. HILL, JR., and ELIZABETH C. HILL, <br><br> Plaintiffs, <br><br> vs. <br><br> BLACKJACK EXPRESS LLC and JAMES R. MABE, <br><br> Defendants. | CASE NO. _____ <br><br><br> **ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT: JAMES R. MABE

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The names and address of the attorneys for the plaintiff are Thomas L. Spellman and Christine M. Creighton, 1024 Second Street, P.O. Box 550, Perry, Iowa 50220. The attorneys' phone number is 515-465-5326; facsimile number is 515-465-3193.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 60 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Johnson County, at the courthouse in Iowa City, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-398-3920, Ext. 100. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT**: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

E-FILED  2021 DEC 07 11:54 AM POTTAWATTAMIE - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **LACV122387**
County **Pottawattamie**

Case Title   **ROBERT HILL, JR. V. BLACKJACK EXPRESS, JAMES MABE**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-5883**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **12/07/2021 11:54:47 AM**



District Clerk of Pottawattamie   County
**/s/ Melanie Combs**

E-FILED  2021 DEC 06 4:02 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT



## THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | |
|---|---|
| ROBERT L. HILL, JR., and ELIZABETH C. HILL,<br><br>Plaintiffs,<br><br>vs.<br><br>BLACKJACK EXPRESS LLC and JAMES R. MABE,<br><br>Defendants. | CASE NO. _____<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:  BLACKJACK EXPRESS LLC

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The names and address of the attorneys for the plaintiff are Thomas L. Spellman and Christine M. Creighton, 1024 Second Street, P.O. Box 550, Perry, Iowa 50220 . The attorneys' phone number is 515-465-5326; facsimile number is 515-465-3193.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 60 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Johnson County, at the courthouse in Iowa City, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-398-3920, Ext. 100. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT**:  YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

E-FILED  2021 DEC 07 11:54 AM POTTAWATTAMIE - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **LACV122387**
*County* **Pottawattamie**

*Case Title*  ROBERT HILL, JR. V. BLACKJACK EXPRESS, JAMES MABE

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-5883**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **12/07/2021 11:54:47 AM**



*District Clerk of* Pottawattamie   *County*
**/s/ Melanie Combs**

CA4013

State of Iowa, District Court POTTAWATTAMIE County

| ROBERT LEE HILL, JR<br>ELIZABETH CORRINE HILL<br><br>Plaintiff / Petitioner<br>vs.<br><br>JAMES R MABE<br>BLACKJACK EXPRESS LLC<br><br>Defendant / Respondent |
|---|

CASE NO. 04781 LACV122387

ORDER FOR INDIVIDUAL CASE ASSIGNMENT

IT IS ORDERED:

Judge Amy Zacharias is designated as the Judge to preside over all future proceedings in this case.

If there are pending matters that should be determined before the trial/hearing, counsel shall promptly bring those matters to the attention of the presiding Judge.

/s/ Clara McDowell, Judicial Specialist
712-328-5750

Copies to:

CHRISTINE MARIE CREIGHTON
THOMAS LAWRENCE SPELLMAN



State of Iowa Courts

**Case Number**  **Case Title**
LACV122387  ROBERT HILL, JR. V. BLACKJACK EXPRESS, JAMES MABE
**Type:**  OTHER ORDER

So Ordered

*Clara McDowell*

Clara McDowell
Judicial Specialist

Electronically signed on 2021-12-07 12:00:28